DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

MORAN, PATRICIA CELIA

Chapter 13
Case No. 11-58342 SLJ

TRUSTEE'S OBJECTION TO
CONFIRMATION WITH CERTIFICATE OF
SERVICE

341 Meeting Date: October 20, 2011 2:30 p.m.
Initial Confirmation Date: November 2, 2011
Initial Confirmation Time: 1:25 p.m.
Place: 280 S. 1st Street
     San Jose, CA Room 3099
Judge: Stephen L. Johnson

Debtor(s)

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 0% Plan for the following reasons:

1. The debtor is ineligible for Chapter 13 relief, as her scheduled debts exceed both the secured and unsecured limits of 11 U.S.C. §109(e). Schedule D lists noncontingent and liquidated secured claims totaling $1,325,409.94. Schedules D, E and F list noncontingent and liquidated unsecured claims totaling $992,378.94.

2. The debtor has failed to file an Attachment to Schedule J outlining her average monthly business expenses, and is therefore not in compliance with 11 U.S.C. §521(a)(1).

Trustee's Obj to Confirmation 11-58342 SLJ

1

Case: 11-58342   Doc# 22   Filed: 10/19/11   Entered: 10/19/11 13:55:45   Page 1 of 3

3. The Trustee is unable to determine if the plan is in compliance with 11 U.S.C. §1325(a)(5). The debtor has listed the County of Santa Clara on Schedule E as a priority creditor for taxes. This debt appears to be for ordinary property tax arrears secured by the debtor's real property, and therefore, not entitled to priority status pursuant to 11 U.S.C. §507(a). The debtor must file amended schedules to provide for the creditor on Schedule D, and remove said creditor from Schedule E. Further, the debtor must file an Amended Plan to provide for said creditor appropriately, and serve it on the affected creditor(s).

4. Question 4 of the Statement of Financial Affairs indicates that "Vion Holdings, LLC" has an action against the debtor. The debtor has not listed this creditor on the Schedules of Debt and, therefore, said creditor has not received proper notice of the bankruptcy and the debtor has not complied with 11 U.S.C. §342(a) and Fed. R. Bankr. P. 2002.

5. The debtor is not in compliance with 11 U.S.C. §521(a)(1). Pursuant to Sched F, the debtor is a co-signer on a student loan with Kelly Moran. The debtor has failed to list this co-signer on Schedule H. An Amended Schedule H must be filed. Further, the co-signer must receive proper notice of the bankruptcy.

6. Pursuant to the Trustee's review of the debtor's 2010 Federal income tax return, it appears that the income figures are inconsistent with the figures provided in questions 1 and/or 2 of the Statement of Financial Affairs. Because of this inconsistency, the debtor is not in compliance with 11 U.S.C. §521(a)(1)(B)(iii). The Trustee requests written clarification.

Dated: October 18, 2011 /S/ Devin Derham-Burk

Chapter 13 Trustee

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE BY MAIL** |
| 2 | |
| 3 | I declare that I am over the age of 18 years, not a party to the within case; my business |
| 4 | address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the |
| 5 | within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at |
| 6 | Los Gatos, California on October 19, 2011. |
| 7 | Said envelopes were addressed as follows: |

Patricia Celia Moran
10920 Ridgeview Ave
San Jose, CA 95127

Nova Law Group
800 W El Camino Real #180
Mountain View, CA 94040

/S/ Jacquelyn Michael
Office of Devin Derham-Burk, Trustee